# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2007

133810

RICHARD CLOVIS DELENE and
NANCY MATILDA DELENE,
       Plaintiffs-Appellants,

v

BARAGA CIRCUIT COURT, STATE
OF MICHIGAN, and MICHIGAN TREASURY
DEPARTMENT ADMINISTRATOR,
       Defendants-Appellees.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133810
COA: 274706
Baraga CC: 06-005553-AW

_____/

On order of the Court, the application for leave to appeal the March 21, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. Costs of $250 are assessed against the plaintiffs in favor of the defendants under MCR 7.316(D)(1) for filing a vexatious appeal. The plaintiffs are barred from submitting additional filings in this Court until they offer proof that they have paid all of their outstanding court-imposed sanctions.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2007

Clerk

s0925